No. 97–9511. CLEWELL v. UNITED CHURCH OF CHRIST ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–9512. STEWART v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9513. PAPPAS v. PAPPAS. Sup. Ct. Del. Certiorari denied.

No. 97–9514. SOLOMON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–9515. HARRIS v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 97–9516. GALLO v. KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–9518. HARPER v. CRABTREE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9519. GOBLE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–9520. EDWARDS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 97–9521. GLOVER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–9522. GLOVER v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9523. HINSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–9524. DAVENPORT v. OWENS ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–9526. BUCKNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9527. ALLEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.